NO. 07-01-0073-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 23, 2001

______________________________

IN THE MATTER OF THE GUARDIANSHIP 

OF CHARLES RANDAL LIKE

_________________________________

FROM THE COUNTY COURT AT LAW NO. 3 LUBBOCK COUNTY;

NO. 89-775,351; HON. PAULA LANEHART, PRESIDING

_______________________________

ORDER ON APPELLANT’S NOTICE OF DISMISSAL OF APPEAL

________________________________

Before QUINN, REAVIS, and JOHNSON, JJ.

Mary Like, appellant, has filed a Notice of Dismissal of Appeal on March 29, 2001, averring that she no longer wishes to prosecute her appeal because the trial court has granted a new trial.  Without passing on the merits of the case, appellant’s notice of dismissal is granted, and the appeal is hereby dismissed.  
Tex. R. App. P
. 42.1.   Having dismissed the appeal at appellant’s personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

   Brian Quinn 

                                           Justice 

 Do not publish.